1  GIANDOMINIC VITIELLO (SBN #262244)
2  gdvitiello@kvklawyers.com
   **KATCHKO, VITIELLO & KARIKOMI, PC**
3  11500 W. Olympic Blvd., Suite 400
4  Los Angeles, CA 90064
   Tel.: (310) 943-9587
5  Fax: (424) 204-0401

6
   Attorneys for Plaintiff
7  AMY L. GREEN

8
                    **UNITED STATES DISTRICT COURT**
9
         **NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**
10

11
   AMY L. GREEN, an individual,                Case No: 4:15-CV-05150-DMR
12
                                               [PROPOSED] ORDER RE:
13                                             COURTCALL APPEARANCE
              Plaintiff,                       REQUEST
14
         v.
15
16 WELLS FARGO BANK, N.A., a
   national association; NBS DEFAULT
17 SERVICES, LLC, a limited liability
18 company; WELLS FARGO HOME
   MORTGAGE, A DIVISION OF
19 WELLS FARGO BANK, N.A., a
20 California corporation; and DOES 1          Date:   January 14, 2016
   through 100, inclusive;                    Time:   11:00 a.m.
21                                             Ctrm:   4 – 3rd Floor
22
              Defendants.
23
24
25
26
27
28
                                       1
   [PROPOSED] ORDER ON PLAINTIFF'S COUNSEL'S REQUEST FOR TELEPHONIC APPEARANCE

1  After review of Plaintiff AMY L. GREEN's request to appear telephonically at the
2  motion to dismiss complaint hearing scheduled for January 14, 2016, and good cause
3  appearing thereof:

4  **IT IS HEREBY ORDERED:**

5  The request of Plaintiff AMY L. GREEN to appear telephonically at the January
6  14, 2016 motion to dismiss complaint hearing is hereby GRANTED.  Plaintiff AMY L.
7  GREEN must follow the protocol set forth in the attached Notice Re Telephonic
8  Appearance Procedures for Magistrate Judge Donna M. Ryu.

Dated: January __11__, 2015



Hon. Donna M. Ryu
United States Magistrate Judge

IT IS SO ORDERED
Judge Donna M. Ryu

[PROPOSED] ORDER ON PLAINTIFF'S COUNSEL'S REQUEST FOR TELEPHONIC APPEARANCE