Stephen T. Hicklin, Esq. (SBN 136568)
Robert B. Norum, Esq. (SBN 240301)
BUCKLEY MADOLE, P.C.
301 East Ocean Boulevard, Suite 1720
Long Beach, California 90802
Telephone/Facsimile: (562) 983-7592
Email: robert.norum@buckleymadole.com
BMPC File No. 9551-2578

Attorneys for Defendant,
NBS DEFAULT SERVICES, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| AMY L. GREEN, | CASE NO. 4:15-cv-05150-DMR |
| Plaintiff, | (Magistrate Judge Donna M. Ryu) |
| vs. | **ORDER ON DEFENDANT NBS DEFAULT SERVICES, LLC'S NONMONETARY STATUS AND NONPARTICIPATION IN THIS ACTION** |
| WELLS FARGO BANK, N.A., a national association; NBS DEFAULT SERVICES, LLC, a limited liability company; WELLS FARGO HOME MORTGAGE, a division of Wells Fargo Bank, N.A., a California corporation; and DOES 1 through 100, inclusive, | [Filed concurrently with Stipulation] |
| Defendants. | |

After consideration of the STIPULATION AND REQUEST FOR ORDER AFFIRMING DEFENDANT NBS DEFAULT SERVICES, LLC'S NONMONETARY STATUS AND NONPARTICIPATION IN THIS ACTION, submitted by the parties to this action, and good cause appearing; therefore, IT IS HEREBY ORDERED that:

1. NBS DEFAULT SERVICES, LLC shall maintain its non-monetary status under California *Civil Code* § 2924*l*.

/ / /

-1-

2. NBS DEFAULT SERVICES, LLC shall not be required to participate in the underlying action.

3. NBS DEFAULT SERVICES, LLC shall be bound by whatever order or judgment is issued by this Court relating to the subject Deed of Trust and/or the Property that is the subject of this action or proceeding provided such order or judgment is nonmonetary relief only.

**IT IS SO ORDERED.**

DATED: February 3, 2016

By: _____
Honorable District Court Magistrate Judge
DONNA M. RYU

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 301 East Ocean Boulevard, Suite 1720, Long Beach, California 90802.

On **February 1, 2016**, I served the foregoing document(s) described as **[PROPOSED] ORDER ON DEFENDANT NBS DEFAULT SERVICES, LLC'S NONMONETARY STATUS AND NONPARTICIPATION IN THIS ACTION** on the interested parties in this action as follows:

SEE ATTACHED SERVICE LIST

[ ] <u>BY PLACING</u> [ ] the original [ ] a true copy thereof enclosed in sealed envelope(s) to the notification address(es) of record and transmitting via:

[ ] <u>U.S. MAIL</u>: I caused such envelope(s) to be delivered by first-class mail. I am "readily familiar" with the firm's practice of collection and processing mail. It is deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Long Beach, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] <u>OVERNIGHT DELIVERY</u>: I caused such envelope(s) to be delivered by overnight delivery by close of business the next business day.

[ ] <u>PERSONAL DELIVERY</u>: I caused such envelope(s) to be delivered by hand to the notification address(es) of record by an employee or independent contractor of a registered California process service

[ ] <u>FACSIMILE TRANSMISSION</u>: I caused a true copy thereof to be served via facsimile machine to the notification facsimile number(s) of record before close of business. The facsimile machine I used complied with California Rules of Court, Rule 2.301(2), and the transmission was reported as complete and without error by a transmission report issued immediately upon completion of transmittal.

[X] <u>ELECTRONIC TRANSMISSION</u>: Pursuant to Local Rule 5-4.1, a true and correct copy (PDF) of the document(s) was electronically filed and subsequently served through the Court's CM/ECF system to the email address(es) of record.

[ ] STATE: I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

[X] FEDERAL: I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **February 1, 2016** at Long Beach, California.

/s/ Susan Lovejoy
Susan Lovejoy

**SERVICE LIST**

<u>Amy L. Green v. Wells Fargo Bank, N.A., et al.</u>
USDC, Northern District, Case No. 4:15-cv-05150-DMR

| | |
|---|---|
| GianDominic Vitiello, Esq.<br>KATCHKO, VITIELLO & KARIKOMI, PC<br>11500 West Olympic Boulevard, Suite 400<br>Los Angeles, CA 90064 | Attorneys for Plaintiff, AMY L. GREEN<br><br>Telephone:  (310) 943-9587<br>Facsimile:  (424) 204-0401<br>Email:  gdvitiello@kvklawyers.com |
| Viddell Lee Heard, Esq.<br>ANGLIN, FLEWELLING, RASMUSSEN,<br>   CAMPBELL & TRYTTEN LLP<br>199 South Los Robles Avenue, Suite 600<br>Pasadena, CA 91101-2459 | Attorneys for Defendant, WELLS FARGO BANK, N.A.<br><br>Telephone:  (626) 535-1900<br>Facsimile:  (626) 577-7764<br>Email:  vheard@afrct.com |

-4-

CASE NO. 4:15-cv-05150-DMR
ORDER ON DEFENDANT NBS DEFAULT SERVICES, LLC'S
NONMONETARY STATUS AND NONPARTICIPATION IN THIS ACTION